UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER, DISTRICT OF NEVADA<br>411 E. Bonneville Ave., Suite 250<br>Las Vegas, NV 89101<br><br>JAMES MICHAEL WELLS<br>Reg. No. 16800-006<br>Sheridan FCI<br>27072 Ballston Road<br>Sheridan, OR 97378<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>FEDERAL BUREAU OF INVESTIGATION<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>   Defendants. | Civil Action No.: 1:24-cv-00383<br><br>**Stipulation to Voluntarily Dismiss Complaint** |

  The Plaintiffs, the Federal Public Defender, District of Nevada (FPD) and James Wells, and the Defendants, the U.S. Department of Justice and the Federal Bureau of Investigation, jointly stipulate to the dismissal of the complaint filed February 8, 2024 (ECF No. 1) under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side bearing its own fees and costs incurred in this litigation.

  Dated: April 2, 2024

Respectfully submitted,
RENE VALLADERES
Federal Public Defender
/s/ *Wendi L. Overmyer*

Wendi L. Overmyer
Ohio Bar No. 71000
Assistant Federal Public Defender
Federal Public Defender, District of Nevada
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388–6577
wendi_overmyer@fd.org
*Attorneys for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney
BRIAN P. HUDAK
Chief, Civil Division
By: */s/Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov
*Attorneys for the United States of America*